Thomas D. Mauriello (SBN 144811)
MAURIELLO LAW FIRM, APC
1181 Puerta Del Sol, Suite 120
San Clemente, CA 92673
Telephone (949) 542-3555
Facsimile (949) 606-9690
tomm@maurlaw.com

*Attorneys for Plaintiff and the Class*

(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE FRANCO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES, INC.,<br><br>Defendant. | Case No. 5:13-cv-01906-JGB-SP<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)**<br><br>Hon. Jesus G. Bernal |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Maggie Franco, voluntarily dismisses this action with prejudice.

MAURIELLO LAW FIRM, APC

DATED: February 24, 2014         By:    */s/ Thomas D. Mauriello*
                                        Thomas D. Mauriello (SBN 144811)
                                        1181 Puerta Del Sol, Suite 120
                                        San Clemente, CA 92673
                                        Telephone: (949) 542-3555
                                        Facsimile: (949) 606-9690
                                        tomm@maurlaw.com

                                        James C. Shah (SBN 260435)
                                        SHEPHERD, FINKELMAN, MILLER
                                         & SHAH, LLP
                                        35 East State Street
                                        Media, Pennsylvania 19063

No. 5:13-cv-01906-JGB-SP         Notice of Voluntary Dismissal                              1

| | |
|---|---|
| 1 | Telephone: (610) 891-9880 |
| 2 | Facsimile: (610) 891-9883 |
|   | jshah@sfmslaw.com |
| 3 | Rose F. Luzon (SBN 221544) |
| 4 | SHEPHERD, FINKELMAN, MILLER |
|   |   & SHAH, LLP |
| 5 | 401 West A Street, Suite 2350 |
|   | San Diego, California 92101 |
| 6 | Telephone: (619) 235-2416 |
|   | Facsimile: (619) 234-7334 |
| 7 | rluzon@sfmslaw.com |
| 8 | *Attorneys for Plaintiff and the class* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

No. 5:13-cv-01906-JGB-SP         Notice of Voluntary Dismissal              2

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was served on all counsel of record via the Court's CM/ECF system on this 24th day of February 2014.

                                                */s/ Thomas D. Mauriello*
                                                Thomas D. Mauriello (SBN 144811)

No. 5:13-cv-01906-JGB-SP